UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DARRELL TURNER ) | |
| ) | |
| v. ) | Cause No. 3:06-CV-797 RM |
| ) | (arising out of 3:03-CR-22(02) RM) |
| UNITED STATES OF AMERICA ) | |

OPINION AND ORDER

Mr. Turner has filed a Motion to Appoint Counsel (Doc. No. 8), Motion for Leave to Appeal In Forma Pauperis (Doc. No. 12), and Motion for Certificate of Appealability (Doc. No. 13). To the extent that these motions are directed to this court, they are denied.

SO ORDERED

ENTERED   October 4, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court